UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY MINOR,<br><br>              Plaintiff,<br><br>       v.<br><br>FEDEX OFFICE & PRINT SERVICES, INC., et al.,<br><br>              Defendants. | Case No. 16-CV-00532-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 60 |

On April 7, 2016, Defendants FedEx Office and Print Services, Inc., Lance Freitas, Federal Express Corporation, and Gallagher Bassett Services Inc. (collectively, "Defendants") requested that the Court continue the initial case management conference set for April 21, 2016, at 1:30 p.m. ECF No. 60.  Defendants ask that the initial case management conference, and associated discovery deadlines, be continued until after the Court rules on pending motions to dismiss that are set for hearing on April 21, 2016.  Plaintiff Gary Minor did not agree to continue the case management conference.  *See id.*  Having considered that motions to dismiss are pending, the Court hereby CONTINUES the case management conference set for April 21, 2016 to June 15, 2016, at 2:00 p.m.  The parties shall file a joint case management statement by June 8, 2016.  The parties shall also exchange initial disclosures by June 8, 2016.

1

Case No. 16-CV-00532-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**IT IS SO ORDERED.**

Dated: April 12, 2016

_____
LUCY H. KOH
United States District Judge