United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY MINOR,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDEX OFFICE & PRINT SERVICES, INC., et al.,<br><br>        Defendants. | Case No. 16-CV-00532-LHK<br><br>**ORDER VACATING HEARINGS**<br><br>Re: Dkt. Nos. 31, 33, 38 |

Pursuant to Civil Local Rule 7-1(b), the Court finds that the following Motions to Dismiss Plaintiff Gary Minor's First Amended Complaint are appropriate for decision without oral argument: (1) ECF No. 31, filed by Defendant Gallagher Basset Services Inc.; (2) ECF No. 33, filed by Defendants FedEx Office & Print Services, Inc. and Lance Freitas; and (3) ECF No. 38, filed by Defendant Federal Express Corporation. Accordingly, the hearings set for April 21, 2016, at 1:30 p.m. are hereby VACATED. The motions will be taken under submission and decided on the papers.

1    **IT IS SO ORDERED.**

3    Dated: April 15, 2016

_____
LUCY H. KOH
United States District Judge

Case No. 16-CV-00532-LHK
ORDER VACATING HEARINGS

2