UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY MINOR,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDEX OFFICE & PRINT SERVICES, INC., et al.,<br><br>        Defendants. | Case No. 16-CV-00532-LHK<br><br>**ORDER DENYING AS MOOT MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 74 |

On April 25, 2016, the Court dismissed with prejudice Plaintiff Gary Minor's ("Plaintiff") claims against Defendants FedEx Office & Print Services and Federal Express Corporation. ECF No. 72. The Court also dismissed with leave to amend Plaintiff's claims against Defendants Lance Freitas ("Freitas") and Gallagher Basset Services, Inc. *Id.* On May 4, 2016, Freitas filed a motion for leave to file a motion for reconsideration asking the Court to dismiss with prejudice Plaintiff's claims against Freitas. ECF No. 74.

On May 10, 2016, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). A plaintiff may voluntarily dismiss under Rule 41(a) until service by an adverse party of an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41; *Heun v. Gibbs*, 909 F.2d 1488 (9th Cir. 1990). A pending motion to dismiss is not the

1
Case No. 16-CV-00532-LHK
ORDER DENYING AS MOOT MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

equivalent of a motion for summary judgment for purposes of Rule 41(a)(1)(A)(i). *See Miller v. Reddin*, 422 F.2d 1264, 1266 (9th Cir.1970). Additionally, voluntary dismissal by a plaintiff under Rule 41(a)(1)(A)(i) automatically terminates the action; no order of the court is required. *Miller v. Reddin*, 422 F.2d 1264, 1266 (9th Cir. 1970). Accordingly, Plaintiff's case has been voluntarily dismissed and Freitas's motion for leave to file a motion for reconsideration is DENIED as moot.

**IT IS SO ORDERED.**

Dated: May 10, 2016

_____
LUCY H. KOH
United States District Judge