UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY MINOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX OFFICE & PRINT SERVICES, INC., et al.,<br><br>　　　　　Defendants. | Case No.16-CV-00532-LHK<br><br>**JUDGMENT** |

On April 25, 2016, the Court dismissed with prejudice Plaintiff Gary Minor's claims against Defendants FedEx Office and Print Services, Inc. ("FedEx Office") and Federal Express Corporation ("Express"). ECF No. 72. Accordingly, the Clerk of the Court shall enter judgment in favor of Defendants FedEx Office and Express.

**IT IS SO ORDERED.**

Dated: May 10, 2016

_____
LUCY H. KOH
United States District Judge

1

Case No.16-CV-00532-LHK
JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No.16-CV-00532-LHK
JUDGMENT