UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY MINOR,<br><br>    Plaintiff,<br><br>        v.<br><br>FEDEX OFFICE & PRINT SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 16-CV-00532-LHK<br><br>**ORDER REQUESTING BILLING INVOICES**<br><br>Re: Dkt. No. 86 |

On May 24, 2016, Defendants FedEx Office & Print Services, Inc. and Lance Freitas ("Defendants") moved for an award of attorney's fees against Plaintiff Gary Minor. ECF No. 86. The hearing on this motion is scheduled for August 25, 2016, at 1:30 p.m. Defendants do not provide billing records in support of their motion for attorney's fees, or specifically explain how much time was spent on each task. *See* ECF No. 86-1. However, Defendants offer to provide copies of billing invoices either *in camera* or with partial redactions. *Id.* ¶ 8. By Wednesday, August 10, 2016, at 6:00 p.m., Defendants shall file billing invoices justifying the hours expended on the instant litigation. Defendants may redact information protected by attorney-client privilege. By Tuesday, August 16, 2016, Plaintiff may file a supplemental opposition of no more than four (4) pages in response to Defendants' billing invoices.

1

Case No. 16-CV-00532-LHK
ORDER REQUESTING BILLING INVOICES

1  **IT IS SO ORDERED.**

3  Dated: August 5, 2016

   _____
   LUCY H. KOH
   United States District Judge

2

Case No. 16-CV-00532-LHK
ORDER REQUESTING BILLING INVOICES